No. 73–1424: SERFASS *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 73–1231. LINDEN LUMBER DIVISION, SUMMER & Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 73–1234. NATIONAL LABOR RELATIONS BOARD *v.* TRUCK DRIVERS UNION LOCAL No. 413 ET AL. C. A. D. C. Cir. Motion of the Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* and certiorari granted. Cases consolidated and a total of one hour allotted for oral argument.

No. 73–5677. SCHICK *v.* REED, CHAIRMAN, UNITED STATES BOARD OF PAROLE, ET AL. C. A. D. C. Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–977. JOBE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–978. BLAIR, MAYOR OF FALLS CHURCH, VIRGINIA, ET AL. *v.* JOSEPH ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–1029. WEST *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–1057. EDIN *v.* UNITED STATES; and

No. 73–1058. ASTALOS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1078. ELROD ET AL. *v.* WESTERN CONFERENCE OF TEAMSTERS ET AL. C. A. 9th Cir. Certiorari denied.